# HARRIS BEACH <sub>PLLC</sub>
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

**LEE E. WOODARD**

FAX: (315) 422-9331
LWOODARD@HARRISBEACH.COM

March 28, 2011

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

  Re: Robert & Sally Entwistle - Case No. 09-32853

Dear Clerk:

  Enclosed please find a check in the amount of $4.81 for the benefit of PRA Receivables Management, as agent of Portfolio Recovery Associates, LLC, successor in interest to HSBC Bank Nevada, N.A. (Orchard Bank), which represents their pro-rated share of dividends payable in the above case.

  Please be advised that the address of PRA Receivables Management is P.O. Box 41067, Norfolk, VA 23541.

            Sincerely,

            HARRIS BEACH PLLC

            Lee E. Woodard

LEW/ca
Enc.